1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

7
8
9
10
11
12
13
14

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-mj-00083-NJK |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | (Mtn to Unseal - Dkt. #1) |
| SEARCH & SEIZURE WARRANT FOR | ) | |
| PREMISES KNOWN AS 101 CONVENTION | ) | |
| CENTER DRIVE, SUITES 200 AND 200A, | ) | |
| CITY OF LAS VEGAS, COUNTY OF CLARK, | ) | |
| STATE OF NEVADA, | ) | |
| | ) | |
| Defendant. | ) | |

15          This matter is before the court on the government's Motion to Unseal (Dkt. #1) filed January 15,

16   2013.  The court has considered the Motion.

17          On February 24, 2012, retired United States Magistrate Judge Robert J. Johnson authorized the

18   issuance of a search warrant for the above-captioned premises.  The affidavit supporting that search and

19   seizure warrant was sworn to by United States Secret Service Special Agent Joseph Benningfield and

20   related to an investigation Agent Benningfield was conducting in the Southern District of Texas.  The

21   Assistant United States Attorney in the Southern District of Texas assigned to the case arising out of

22   Agent Benningfield's investigation represents that a federal grand jury in that district returned

23   indictments against eight people as a result of the Agent Benningfield's investigation. The government

24   requests the court unseal the search and seizure warrant issued by Magistrate Johnson and the

25   supporting affidavit of Agent Benningfield so that both may be produced as discovery to defendants in

26   the pending criminal action in the Southern District of Texas.

27   / / /

28   / / /

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** : The Motion to Unseal (Dkt. #1) is GRANTED so that the search warrant and supporting affidavit may be produced to the defendants in discovery.

Dated this 23rd day of January, 2013.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE